**NOT FOR PUBLICATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yared Tessema, | No. CV10-0925-PHX-SRB |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina Kane, | |
| Respondent. | |

Petitioner, Yared Tessema, filed his Petition for Writ of Habeas Corpus on April 27, 2010. On July 10, 2006, Respondent filed a Suggestion of Mootness advising the Court that Petitioner was removed from the United States on June 14, 2010.

The Magistrate Judge filed his Report and Recommendation on July 14, 2010 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed with prejudice as moot.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed. The Court notes that the Petitioner's copy of the Report and Recommendation has been returned by the post-office with the notation "Unclaimed/Not in Custody."

1         The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

        IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

        IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

        IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

        DATED this 11th day of August, 2010.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge